UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sandy Gomez

    v.                                  Case No. 21-cv-771-PB

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 7, 2021, and dismiss this action, without prejudice, for failure to timely pay the filing fee or obtain IFP status. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  /s/Paul Barbadoro
                                                  Paul J. Barbadoro
                                                  United States District Judge

Date: February 17, 2022

cc: Sandy Gomez, pro se